# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL S. RICHARDSON

NO. 2024 KW 1181

**JANUARY 29, 2025**

---

In Re:    Michael S. Richardson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 24-CR7-154394.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** The records of the Washington Parish Clerk of Court's Office reflect the district court is proceeding toward disposition of relator's "Motion to Quash and/or Dismiss Charges," filed on October 31, 2024.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT